**SO ORDERED**

**SIGNED this 2 day of October, 2024.**

Pamela W. McAfee
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

IN RE:
REBECCA HALES MIDDLETON                      CASE NO: 24-01297-5-PWM
MATTHEW WELDON MIDDLETON                     CHAPTER 13
7027 PLOTTS DRIVE
LINDEN, NC  28356
    DEBTORS

### CONSENT ORDER

    **THIS MATTER** coming on to be heard before the Court upon the Motion to Dismiss ("Motion") filed by the Chapter 13 Trustee;

    **AND IT APPEARING TO THE COURT** that the Debtors and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order;

    **NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

    1.  The Motion is denied.

    2.  The Debtors shall resume regular monthly payments in the amount of $2,112.00 beginning with the payment due October 1, 2024.

    3.  The Debtors shall make additional payments each month in the amount of $759.00 beginning October 1, 2024 and continuing monthly thereafter for a period of six (6) months to bring the plan current.

    4.  In the event the Debtors fail to make any regular payment or additional payment within 30 days of the due date, this case will be deemed immediately dismissed upon notification by the Trustee to the Court without the need for the Trustee to reapply to the Court. This automatic dismissal provision will terminate after six (6) months, applying to payments

starting on October 1, 2024 and continuing to and including the payment due on March 1, 2025.

**CONSENTED TO:**

/s/ Joseph A. Bledsoe, III
**JOSEPH A. BLEDSOE, III**
Chapter 13 Trustee
PO Box 1618
New Bern, NC  28563
(252) 633-0074
NC State Bar No.:  19817
chapter13@bledsoe13.com

**MARK M. HARRIS**
Attorney for Debtors
Smith Dickey Dempster Carpenter & Harris
309 Person Street
Fayetteville, NC 28302
(910) 484-8195
NC State Bar No.: 31573
Mark@smithdickey.com

"End of Document"